UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK Attorney: ARCE LAW GROUP, P.C.

MARIE KLEIN

Plaintiff(s)

- against -

ATP FLIGHT SCHOOL, LLP, ETAL

Defendant(s)

Index # CV14 1522 (BIANCO)(BROWN)

Purchased March 7, 2014

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 9, 2014 at 12:59 PM at

123 HILL DR.
BOHEMIA, NY 11716

deponent served the within SUMMONS AND COMPLAINT, INDIVIDUAL MOTION PRACTICE AND RULES OF JUDGE JOSEPH F. BIANCO, CM/ECF USER'S GUIDE ELECTRONIC FILING IS* on ADAM ROSENBERG therein named,

**AFFIXING TO DOOR** by affixing a true copy of each to the door of said premises, which is the Defendant's dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the Defendant or a person of suitable age and discretion, thereat, having called there on:

June 4, 2014 AT 6:19 PM June 5, 2014 AT 7:53 AM
June 9, 2014 AT 12:59 PM

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

123 HILL DR.
BOHEMIA, NY 11716

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 10, 2014 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Spoke with ANNALISA STRADA, NEIGHBOR at 117 HILL DR. BOHEMIA NY who stated that the Defendant lives at the afforementioned address but was unable to divulge the Defendant's place of employment.

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

*MANDATORY

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: June 10, 2014

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | BRUCE KUSTKA |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11,2015 | Commission Expires April 3, 2015 | Invoice #: 601014 |